## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEWIN DAVID ESTEBAN CORDON,** | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 26-1896-KSM** |
| **JOSEPH B. EDLOW, et al.,** | |
| Defendants. | |

## <u>ORDER</u>

**AND NOW**, this 8ᵗʰ day of June, 2026, in accordance with Federal Rule of Civil Procedure 4(m), and following a review of the Court's records which indicate that Plaintiff has failed to make service on Defendants in this case within 90 days of the filing of the complaint, it is hereby **ORDERED** that Plaintiff must make service by **Thursday, June 18, 2026**.

This Order also serves as notice to Plaintiff, in accordance with Federal Rule of Civil Procedure 4(m), that if Plaintiff fails to file proof of service by Friday, June 26, 2026, without showing good cause for such failure, the Court must dismiss without prejudice the case against any unserved Defendants.

BY THE COURT:

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.