## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEWIN DAVID ESTEBAN CORDON,** | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 26-1896-KSM** |
| **JOSEPH B. EDLOW, et al.,** | |
| Defendants. | |

### ORDER

**AND NOW**, this 29th day of June, 2026, upon consideration of Plaintiff's failure to serve the summonses and Complaint, and to respond to the Court's June 8, 2026 Order and Notice stating "that if Plaintiff fails to file proof of service by Friday, June 26, 2026, without showing good cause for such failure, the Court must dismiss without prejudice the case against any unserved Defendants" (Doc. No. 5), it is **ORDERED** that the Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** against all Defendants pursuant to Federal Rule of Civil Procedure 4(m). The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.